```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                       CENTRAL DIVISION at LEXINGTON
```

BILLY LITTLETON,              )
                              )
     Plaintiff,               )      Civil Case No.
                              )      5:17-cv-479-JMH
v.                            )
                              )
RIDLEY USA, INC. d/b/a        )      **JUDGMENT**
RIDLEY BLOCK OPERATIONS,      )
et al.                        )
                              )
     Defendants.              )

                              **\*\*\*\***

Consistent with the Court's Memorandum Opinion and Order dated today, **IT IS ORDERED** as follows:

(1) That judgment is **ENTERED** in favor of Defendants;

(2) That all claims are **DISMISSED WITH PREJUDICE;**

(3) That all deadlines and scheduled proceedings are **CONTINUED GENERALLY;**

(4) All pending motions or requests for relief are hereby **DENIED AS MOOT;**

(5) This matter is hereby **DISMISSED** and **STRICKEN** from the Court's active docket;

(6) This Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY**

This the 16th day of March, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge